AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALBERT GAMBLIN,                       ) <br>         Plaintiff,     ) <br>                                 ) <br>                                 ) <br> v.                               ) <br>                                 ) <br> JOHN E. POTTER,                    ) <br>        Defendant.    ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:04-CV-190-F(3)** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the plaintiff still has not complied with the court's orders of September 9, 2005 and November 1, 2005. Accordingly, it is hereby ORDERED that this action be dismissed without prejudice. The Clerk of Court is DIRECTED to close this case.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 13, 2005**, AND A COPY MAILED TO:

| | |
|---|---|
| Albert Gamblin <br> 1734 Piney Green Road <br> Jacksonville, NC 28546-8300 | David J. Cortes <br> 310 New Bern Ave., Suite 800 <br> Raleigh, NC 27601 |

| | |
|---|---|
| December 13, 2005 <br> Date | FRED L. BORCH III <br> Clerk of Court |
| | /s/ Susan K. Enyart <br> *(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |